John M. Flannery (JMF-0229)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000

Attorneys for Defendant BATTERY PARK CITY AUTHORITY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x   21 MC 102(AKH)
IN RE: WORLD TRADE CENTER LOWER                   :
MANHATTAN DISASTER SITE LITIGATION
------------------------------------------------------------------ x   Civil Action No.: 07CV01630
JOZEF JABLONSKI and AGNIESZKA JABLONSKI,
                                                                  :
                       Plaintiff(s),                     **NOTICE OF BATTERY PARK**
                                                                  :   **CITY AUTHORITY's**
    -against-                                                    **ADOPTION OF ANSWER TO**
                                                                  :   **MASTER COMPLAINT**
4101 AUSTIN BLVD CORP., ET AL.
                                                                  :
                       Defendant(s).
                                                                  :
------------------------------------------------------------------ x

PLEASE TAKE NOTICE THAT defendant, BATTERY PARK CITY AUTHORITY, as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt BATTERY PARK CITY AUTHORITY's Answer to the Master Complaint dated August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster site Litigation*, 21 MC 102 (AKH).

WHEREFORE, BATTERY PARK CITY AUTHORITY demands judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated: White Plains, New York
       September 25, 2007

1699725.1

Yours, etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN
   & DICKER LLP
Attorneys for Defendants
BATTERY PARK CITY AUTHORITY
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000
File No.: 06867.00213

By: _____
     John M. Flannery (JMF-0229)

1699725.1