Ida A. Caputo (IC-9208)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION          21 MC 102 (AKH)

_____X

JOZEF JABLONSKI (AND WIFE, AGNIESZKA
JABLONSKA)
                                            **NOTICE OF**
                 **V.**                     **ADOPTION**

4101 AUSTIN BLVD CORPORATION, ET. AL.       CASE NUMBER: (AKH)
                                            07 CV 01630
_____X

       PLEASE TAKE NOTICE THAT Defendants RBC Dain Rauscher Inc. (f/k/a

Tucker Anthony, Inc. and hereafter "RBC Dain"), as and for their responses to the

allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the

Master Complaint filed in the above referenced action, hereby adopt RBC Dain's Answer

to Master Complaint, dated January 23, 2008, which was filed in the matter of *In re*

*World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

       WHEREFORE, the defendant RBC Dain demands judgment dismissing the above

captioned action, together with their cost and disbursements.

Dated: New York, New York
       May __23__ 2008

                                  Faust, Goetz, Schenker & Blee, LLP


                                  By: Ida A. Caputo (IC-9208)
                                  Attorneys for the Brookfield Parties
                                  Two Rector Street, 20th Floor
                                  New York, NY 10006
                                  (212) 363-6900